Opinion issued January
19, 2012.










 

 

 

 

 

 

     

In The

Court of Appeals

For The

First District of Texas

____________

 

NO. 01-11-00876-CV

____________

 

cair - texas: houston chapter, Appellant

 

V.

 

yasmin kassamali,
Appellee

 

 

 



On Appeal from the County Civil Court at Law No. 3 

Harris County, Texas

Trial Court Cause No. 956465

 

 

 



MEMORANDUM
OPINION

          The parties
have filed a joint motion to dismiss appeal. They represent that they have
reached an agreement to settle this matter and request that we set aside the
trial court's judgment without regard to the merits and remand the case to the
trial court for rendition of judgment in accordance with the parties’
agreement.  See Tex. R. App. P. 42.1(a)(2)(B).


Accordingly, we grant the motion, set
aside the trial court’s judgment without regard to the merits, and remand this
cause to the trial court for rendition of judgment in accordance with the
parties’ agreement.  See id.  

We dismiss any other pending motions
as moot.  The Clerk is directed to issue the
mandate within 10 days of the date of this opinion.  See Tex.
R. App. P. 18.1.

                                                PER CURIAM

 

Panel consists of Chief
Justice Radack and Justices Higley and Brown.